JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| BINH C. TRAN,<br><br>Plaintiff,<br><br>v.<br><br>M. WEBB et al.,<br><br>Defendants. | No. 5:22-cv-01469-MCS-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants' Motion for Summary Judgment (Dkt. 64) is granted and this action is dismissed with prejudice.

Date: November 18, 2025

MARK C. SCARSI
United States District Judge